(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 24-CV-21585-RAR

Kanija Scott

Plaintiff(s)

v.

Sunrise Credit Services Inc.

Defendant(s)

FILED BY ___ D.C.
APR 29 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Proof of Service
*(TITLE OF DOCUMENT)*

I, Kanija Scott, plaintiff or defendant, in the above styled cause,

See Attached

(Rev. 10/2002) General Document

Certificate of Service

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
                                                                  name(s) and address(es)

By:
_Kanija Scott pro se_
Printed or typed name of Filer

Florida Bar Number
_____

(786) 487-2277
Phone Number

123 NW 6th Ave
Street Address

Florida City, Florida
City, State, Zip Code

_Kanija Scott_
Signature of Filer

Kanija-Scott@icloud.com
E-mail address

_____
Facsimile Number

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    24-CV-21585-RAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Sunrise Credit Services Inc.
was recieved by me on  4/26/2024:

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C T Corporation System**, who is designated by law to accept service of process on behalf of **Sunrise Credit Services Inc.** at **1200 S Pine Island Rd, Plantation, FL 33324** on **04/26/2024 at 3:19 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  04/26/2024

Server's signature

Daniel Cohen
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to C T Corporation System with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs.  Served to Donna Moch, Manager.